# EXHIBIT A



# Individual Life Insurance Application
## Single Insured – Part A

☒ **American General Life Insurance Company,** 2727-A Allen Parkway, Houston, TX 77019
☐ **The United States Life Insurance Company in the City of New York,** 175 Water St, New York, NY 10038
*A member of American International Group, Inc. (AIG)*

The insurance company checked above ("Company") is responsible for the obligation and payment of benefits under any policy that it may issue. No other company is responsible for such obligations or payments.

### 1. Primary Proposed Insured
First Name Bob  MI W  Last Name Rutledge  Gender ☒M ☐F
SSN ▮▮▮▮▮▮▮  Birthplace* *(US State, or country)* MN, USA  DOB ▮▮▮▮▮▮  Current Age 51
**Tobacco Use** Has the Primary Proposed Insured ever used any form of tobacco or nicotine products? ☐yes ☒no
*Type* and *Quantity* Used _____  If yes, a current user? ☐yes ☐no  If no, date of last use _____
Driver's License ☒yes ☐no License State MN  Number E415081788110
If over age of 16 and no license, please explain. _____
Address 19886 Harvest Dr  City Lakeville  State MN  ZIP 55044
Primary Phone 612 590-0961  Alternate Phone _____  Email tiwipriyadi@yahoo.com
Employer Faegre Baker Daniels  Occupation Computer Operator  Date of Employment (mm/dd/yy) 04/02/2005
Job Duties _____  Average No. of hours worked per week 38
Actively at work? ☒yes ☐no  Able to perform all job duties? ☒yes ☐no  If either is no, explain _____
Personal Earned Income (Annual): $ 69,000.00  Household Income (Annual): $ 69,000.00  Net Worth $ UNKNOWN
Personal Earned Income means monies received for work performed.
If Primary Proposed Insured is not self-supporting or is a child under age 18, what amount of insurance is in force and/or pending on:
  Owner $ ___  Spouse $ ___  Father $ ___  Mother $ ___  Siblings $ ___  Premium Payor $ ___
**Citizenship** U.S. Citizen or Permanent Resident Card holder ☒yes ☐no  If no, answer the following:
Country of Citizenship _____  Date of Entry _____  Visa Type _____ (Copy of Visa Required)
Own property or have a mortgage in the U.S.? ☐yes ☐no  Plan to remain in the U.S.? ☐yes ☐no

### 2. Owner - Complete if Primary Proposed Insured is not the Owner - *(If Owner is a business, charitable entity or trust, answer question 5 below.)*
First Name _____  MI ___  Last Name _____  Gender ☐M ☐F
SSN _____  DOB _____  Relationship to Proposed Insured _____
Driver's License ☐yes ☐no License State _____  Number _____
U.S. Citizen ☐yes ☐no If no, Country of Citizenship _____  Date of Entry _____
Visa Type _____  Exp. Date _____
Address _____  City _____  State ___  ZIP _____
Primary Phone _____  Email _____
*(If contingent Owner is required, use question 12.)*

### 3. Reason for Insurance - *(If Business, complete Financial Questionnaire)* Family Protection

### 4. Beneficiary - *(If Beneficiary is a business, charitable entity or trust, answer question 5 below.)*

| No. | Name | DOB mm/dd/yy | SSN | Phone Number | Relationship | Share % | Beneficiary Type |
|---|---|---|---|---|---|---|---|
| 1 | Tiwi Rutledge | ▮▮▮▮ | | | Wife | 100 | ☒Primary ☐Contingent |
| | Address: | | Email: | | | | |
| 2 | Jaslyn Rutledge | ▮▮▮▮ | | | Daughter | 100 | ☐Primary ☒Contingent |
| | Address: | | Email: | | | | |
| 3 | | | | | | | ☐Primary ☐Contingent |
| | Address: | | Email: | | | | |

*for identification purposes only*



### 5. Entity Information - *Complete if Owner or Beneficiary is a business, charitable entity or trust. If applicable, complete the Certification of Trust.*
(Check the applicable boxes information applies to: ☐ Owner and/or ☐ Beneficiary. If also the Premium Payor, complete section 9E.)

Exact Name _____ Tax ID # _____
Address _____ City _____ State _____ ZIP _____
Current Trustee Name _____ Date of Trust _____
Corporate Officer Name _____ Title _____
Email Address of applicable Trustee or Corporate Signer _____
Relationship to Proposed Insured _____ Type of Entity (SCorp, CCorp, DBA, etc.) _____

### 6. Product - *Signed Illustration/Quotation is required for all UL & VUL products.*
Plan Name (Complete appropriate supplemental application if applicable. For Index UL, complete the Index UL Supplemental Application.)
 American General Quality of Life Flex Term 30
Term Duration** 30 _____ Premium Class Quoted Preferred Nontobacco
Amount Applied For: Base Coverage $ 500,000 _____ Supplemental Coverage** $ _____
Death Benefit Compliance Test Used**: ☐ Guideline Premium ☐ Cash Value Accumulation l Automatic Premium Loan**: ☐ yes ☐ no

### 7. Death Benefit Options - *(For UL & VUL only)* ☐ Level ☐ Increasing

### 8. Riders/Benefits - *Refer to Rider Reference Page for riders and benefits available per product.*
☐ Accidental Death Benefit $ _____  ☐ Waiver of Monthly Guarantee Premium   ☐ Other #4 _____ Amount/Unit(s) _____
☐ Child Rider[1] $ _____
 ☐ No current children                  ☐ Waiver of Premium                     1 - Complete Child Rider Supplement
☐ Chronic Illness Rider (AAS)[2]        ☐ Other #1 _____ Amount/Unit(s) _____   2 - Complete Chronic Illness Supplement
☐ Lifestyle Income[3]                                                            3 - Chronic Illness Rider (AAS) required with
 Withdrawal Benefit Basis % _____   ☐ Other #2 _____ Amount/Unit(s) _____    Lifestyle Income when AAS is approved.
☐ Terminal Illness                      ☐ Other #3 _____ Amount/Unit(s) _____    This requirement varies by product.
☐ Waiver of Monthly Deduction                                                          Complete Chronic Illness Supplement,
                                                                                       if applicable.

### 9. Premium Payment  ☒ Modal $ 1,576.50  ☐ Single $_____  ☐ Additional/Lump Sum $ _____
**A. Frequency of modal premium:** ☐ Annual  ☐ Semi-annual  ☐ Quarterly  ☒ Monthly *(Bank Draft only)*
**B. Method:** ☐ Direct Billing ☒ Bank Draft *(Complete Bank Draft Authorization)* ☐ List Bill: Number _____
 ☐ Credit Card - Initial Premium Only *(Complete Credit Card Authorization)* ☐ Other *(Please explain)* _____
**C. Amount submitted with application** $ _____
**D. Special Dating** *(not available for VUL products):* Save Age ................................................. ☐ yes ☐ no
**E. Premium Payor** *(Complete if Payor is other than Owner or if Owner is Trustee.)*
 First Name _____ MI ___ Last Name _____ Gender ☐ M ☐ F
 SSN or Tax ID # _____ Relationship to Primary Proposed Insured _____
 Driver's License ☐ yes ☐ no License State _____ Number _____ DOB _____
 U.S. Citizen ☐ yes ☐ no If no, Country of Citizenship _____ Date of Entry _____
 Visa Type _____ Exp. Date _____
 Address _____ City _____ State _____ ZIP _____
 *If Payor is different from the Insured or the Owner and Bank Draft or Credit Card is not the chosen form of payment, also complete the Payor Authorization Form.*

### 10. Existing Coverage and Replacements
"Replace" means that the life insurance policy being applied for may replace, change or use monetary value from an existing or pending life insurance policy or annuity contract. If the transaction is a replacement, also complete the replacement-related form for the state where the application is signed.

**A. Does the Primary Proposed Insured have any existing annuity, life insurance, or disability insurance or have any application pending for such coverage with this Company or any other company?**................ ☒ yes ☐ no

**B. If question 10A is answered "yes", please provide the following information:**

| No. | Policy Number | Year of Issue | Coverage (see below) | Benefit Period (if DI) | Type (see below) | Coverage Being Replaced? | 1035 Exchange? |
|---|---|---|---|---|---|---|---|
| 1 | unknown | 2009 | LI | | I | ☐Y ☒N | ☐Y ☐N |
| | Company Name: AMERICAN FAMILY LIFE INS. CO. | | | | Amount of Coverage $ 500,000.00 | | |
| 2 | unknown | 2010 | LI | | I | ☐Y ☒N | ☐Y ☐N |
| | Company Name: AMERICAN FAMILY LIFE INS. CO. | | | | Amount of Coverage $ 500,000.00 | | |
| 3 | | | | | | ☐Y ☐N | ☐Y ☐N |
| | Company Name: | | | | Amount of Coverage $ | | |

**Coverage:** LI=Life, H=Health, A=Annuity, LT=LTC, DI= Disability Income    **Type:** i=individual, b=business, g=group, p=pending

11. **Background Information** - *Provide details specified for all "Yes" answers or complete applicable questionnaires.*

   A. Does the Primary Proposed Insured intend to travel or reside outside of the United States or Canada within the next two years? *(If yes, list country(ies), city(ies), date, length of stay(s), and purpose or complete the Foreign Travel and Residence Questionnaire)* ☐yes ☒no

   B. In the past five years, has the Primary Proposed Insured flown as a pilot, student pilot or crew member of any aircraft, or have any intention to do so in the next two years? *(If yes, complete the Aviation Questionnaire)* ☐yes ☒no

   C. In the past five years, has the Primary Proposed Insured engaged in motor sports events or racing (auto, truck, motorcycle, boat, etc.); rock or mountain climbing; skin or scuba diving; aeronautics (hang-gliding, sky diving, parachuting, ultra light, soaring, ballooning,) or have any intention to do so in the next two years? *(If yes, complete the Avocation Questionnaire)* ☐yes ☒no

   D. Has the Primary Proposed Insured ever had an application for insurance modified, rated, declined, postponed or withdrawn? *(If yes, list type of coverage, date and reason)* ☐yes ☒no

   E. Has the Primary Proposed Insured ever filed for bankruptcy, or have the intention to seek bankruptcy protection within the next 12 months? *(If filed, list chapter filed, date, reason, and discharge date)* ☐yes ☒no

   F. In the past five years, has the Primary Proposed Insured pled guilty or been convicted of any driving violations to include driving under the influence of alcohol or drugs? *(If yes, list date, state, license #, and specific violation)* ☐yes ☒no

   G. Has the Primary Proposed Insured ever been convicted of, or is currently charged with, a felony or misdemeanor? *(If yes, list date, county, state, charge, current status and if currently incarcerated or on parole or probation.)* ☐yes ☒no

   H. Is the Primary Proposed Insured an active duty service member of the U.S. Armed Forces? *(If yes, provide Pay Grade, Rank and any known foreign assignments, and complete any required Military Sales Disclosure)* ☐yes ☒no

   I. Is there an intention that any party, other than the listed Owner or Beneficiary, will obtain any right, title, or interest in any policy issued on the life of the Primary Proposed Insured as a result of this application? ☐yes ☒no

   J. Does the Owner or Primary Proposed Insured intend to finance any of the premium required to pay for this policy through a financing or loan agreement? ☐yes ☒no

   K. Is the Owner, Primary Proposed Insured, or any person or entity, being paid (cash, services, or any other form of payment) as an incentive to enter into this transaction? *(If yes, describe the incentive)* ☐yes ☒no

12. **The space below may also be used to elaborate on answers to any questions on this application.**

## Agreement, Authorization to Obtain and Disclose Information and Signatures

I, the Primary Proposed Insured (and any Owner signing below) acknowledge that I have read the statements contained in this application and any attachments or they have been read to me. My answers to the questions in this application are true and complete to the best of my knowledge and belief. I understand that this application: (1) consists of Part A, Part B, and if applicable, related attachments including certain questionnaire(s), supplement(s) and addendum(s); and (2) is the basis for any policy and any rider(s) issued. I understand that no information about me will be considered to have been given to the Company by me unless it is stated in the application. I agree to notify the Company of any changes in the statements or answers given in the application between the time of application and delivery of any policy. I understand that any misrepresentation contained in this application and relied on by the Company may be used to reduce or deny a claim or void the policy if: (1) such misrepresentation materially affects the acceptance of the risk; and (2) the policy is within its contestable period.

Except as may be provided in any Limited Temporary Life Insurance Agreement ("LTLIA"), I understand and agree that, even if I paid a premium, no insurance will be in effect under this application or under any new policy or any rider(s) that may be issued by the Company unless or until all three of the following conditions are met: (1) the policy has been delivered and accepted; (2) the full first modal premium for the issued policy has been paid; and (3) there has been no change in the health of any Proposed Insured(s) that would change the answer to any question in the application before items (1) and (2) in this paragraph have occurred. I understand and agree that, if all three conditions above are not met: (1) no insurance will be in effect; and (2) the Company's liability will be limited to a refund of any premiums paid, regardless of whether loss occurs before premiums are refunded.

If I have received and accepted the LTLIA, I understand and agree that such insurance is available only on the life of the Primary Proposed Insured under the life policy (and the Other Proposed Insured under a joint and survivorship life policy, if applicable) and only if the conditions set forth in the LTLIA are met. I understand and agree that such temporary insurance is not available as to any riders or any accident and/or health insurance.

I understand and agree that no agent is authorized to accept risks or pass upon insurability, make or modify contracts, or waive any of the Company's rights or requirements.

I have received a copy of or have been read the Notices to the Proposed Insured(s).

I authorize any medical professional; any hospital, clinic or other health care facility; any pharmacy benefit manager or prescription database; any insurance or reinsurance company; any consumer reporting agency or insurance support organization; my employer; the Medical Information Bureau (MIB); or any other person or organization that has any records or knowledge of me or my physical or mental health or insurability, or that of any minor child for whom application for insurance is being made, to disclose and give to the Company, its legal representatives, its affiliated service companies, and its affiliated insurers all information they have pertaining to: medical consultations; treatments; surgeries; hospital confinements for physical and/or mental conditions; use of drugs or alcohol; drug prescriptions; or any other information concerning me, or any minor child for whom application for insurance is being made. Other information may include, but is not limited to, items such as: personal finances including credit as permitted; habits; hazardous avocations; motor vehicle records from the Department of Motor Vehicles; court records; or foreign travel, etc.

I understand that the information obtained will be used by the Company to determine: (1) eligibility for insurance; (2) eligibility for benefits under an existing policy; and (3) verification of answers and statements on this application. I further authorize the Company to conduct a media or electronic search on me. Any information gathered during the evaluation of my application may be disclosed to: other insurers to whom I may apply for coverage; reinsurers; the MIB; other persons or organizations performing business or legal services in connection with my application or claim; me; any physician designated by me; or any person or entity required to receive such information by law or as I may further consent.

I, as well as any person authorized to act on my behalf, may, upon written request, obtain a copy of this consent. I understand this consent may be revoked at any time by sending a written request to the Company, Attn: Underwriting Department at P.O. Box 1931, Houston, TX 77251-1931. This consent will be valid for 24 months from the date of this application. I agree that a copy of this consent will be as valid as the original. I authorize the Company, its affiliated insurers, and its affiliated service companies to obtain an investigative consumer report on me. I understand that I may: (1) request to be interviewed for the report; and (2) upon written request, receive a copy of such report.

☐ Check if you wish to be interviewed.

---

**IRS Certification:** Under penalties of perjury, I certify that: 1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and 2. I am not subject to backup withholding because: (a) I am exempt from backup withholding (enter exempt payee code*, if applicable: _____), OR (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and 3. I am a U.S. citizen or other U.S. person*, and 4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct (enter exemption from FATCA reporting code, if applicable: _____). **Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For contributions to an individual retirement arrangement (IRA) and, generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. *See General Instructions provided on the IRS Form W-9 available from IRS.gov. ** If you can complete a Form W-9 and you are a U.S. citizen or U.S. resident alien, FATCA reporting may not apply to you. Please consult your own tax advisors.

---

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

**Owner Signature**

X

**Owner Title** _____
*(If Corporate Officer or Trustee)*

**Owner signed at** (city, state) LAKEVILLE          MN

**Owner signed on** (date) 1/4/2021

**Primary Proposed Insured Signature** (if other than Owner)

eSigned by Bob W Rutledge on 1/4/2021 at 2:50 PM CST
X

*(If under age 16, signature of parent or guardian)*

**Agent(s) Signature(s)**
I certify that the information supplied has been truthfully and accurately recorded on the Part A application.
Writing Agent Name *(please print)* Kevin J Wilshusen
Writing Agent # 525614
Writing Agent Signature X  *K Quill*

**Other Parent or Guardian Signature**

X

*(If under age 16 and coverage exceeds $150,000, signature of both parents required)*





# Addendum to Application
**Policy # (if known):** 4209668408

☒ **American General Life Insurance Company,** 2727-A Allen Parkway, Houston, TX 77019
☐ **The United States Life Insurance Company in the City of New York,** 175 Water St, New York, NY 10038
*A member of American International Group, Inc. (AIG)*

In this form, the "Company" refers to the insurance company whose name is checked above. The Company shown above is **solely** responsible for the obligation and payment of benefits under any policy that it may issue. No other Company is responsible for such obligations or payments.

This addendum is part of the application to which it is attached. Addendum to *(Part A, Part B, etc.)*: See Section(s) Below

## Primary Proposed Insured

First Name: Bob    MI: W    Last Name: Rutledge    SSN: 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

*(Use the space below to provide explanations to any application questions or details to any "yes" answers where the space provided on the application is insufficient or to provide any additional required application information. Provide an appropriate reference to the specific questions for which answers and details are included below.)*

```
IRS               I am not subject to backup withholding
Certification     I am exempt from backup withholding
```

**Primary Proposed Insured (PPI) Signature**

eSigned by Bob W Rutledge on 1/4/2021 at 2:50 PM CST
X

PPI signed on (date): 1/4/2021

**Other Proposed Insured (OPI) Signature**

X

OPI signed on (date): _____

**Owner Signature**

X
*(If other than Primary Proposed Insured)*

Owner signed on (date): _____

ICC15-108089

Rev0516