# EXHIBIT F

# Beneficiary Contestable Questionnaire

**AIG**

**American General Life Insurance Company**
A member of American International Group, Inc. (AIG)
Service Center: P.O. Box 818100, Cleveland, OH 44181

Please answer the following questions concerning the application for the policy #: __4209668408__

We wish to provide you with every opportunity to give us information to help our review. This questionnaire is intended for that purpose.

Generally, there are two parts to the insurance application: Part A which asks for personal, occupational and background information about the insured and it's typically completed by the Agent, and Part B which asks about the insured's medical history and physical condition during the application and it's typically completed by a medical examiner. Please provide any information you have about the application process.

## Part A: Insured's personal, occupational and background information

| | YES | NO |
|---|---|---|
| Were you present when the Part A was completed? | ☒ | ☐ |

**IF YOU WERE PRESENT,** please answer the questions below.

1. Did the agent explain the two-year contestable period to the Insured/Owner? __AS I REMEMBER IS "NO"__ ☐ ☒
2. Where was the Part A application completed? __BY PHONE CALL AT OUR HOME OFFICE__
3. Name all persons who were present when the Part A application was completed.
   - ROBERT W. RUTLEDGE
   - PRATIWI H. RUTLEDGE
   - AGENT
4. Did the agent see each proposed insured when Part A application was completed? __TALK/COMMUNICATE BY PHONE CALL__ ☒ ☐
5. Were all the questions on the Part A application asked by the agent? ☒ ☐
6. Who answered the questions? __ROBERT W. RUTLEDGE__
7. Were the answers written on the Part A application by the agent exactly as they were given to him/her? __THE CORRECT BIRTH DATE OF JASLYN IS 10/07/2009__ ☒ ☐
8. Was the Part A application signed in the presence of the agent? __BY PHONE / ONLINE / E-SIGNED__ ☒ ☐
9. Who signed the Part A application? __ROBERT W. RUTLEDGE__
10. How long had the agent known the proposed applicant? __NEVER KNOWN EACH OTHER__
11. In what capacity did the agent know the proposed insured? __N/A__
12. At the time the Part A application was completed, was the agent aware of any health history any proposed insured may have had? ☒ ☐
    If Yes, what specific information was known. __ASTHMA SINCE 1988, AND FAMILY HISTORY (MOTHER) DEATH AT 61 DUE TO LYPHOMA CANCER__
13. Did the agent contact the proposed insured for the insurance? __YES, AFTER WE INTERNET SEARCHING FOR INSURANCE__ ☒ ☐
14. Was the agent contacted for the insurance by the proposed insured or by someone else? __PROPOSED INSURED__ ☒ ☐
    If the agent was contacted by someone else, please furnish the name and address of the person.

AGLC200326 Rev1020

**Part B: insured's medical history and physical condition**                                                                                            YES  NO

**Were you present when the Part B was completed?** ................................................................ ☒ ☐

**IF YOU WERE PRESENT**, please answer the following questions regarding the completion of the application.

1. Where was the Part B application completed? __AT OUR HOUSE, 19886 HARVEST DRIVE, LAKEVILLE, MN, 55044__

2. Name all persons who were present when the Part B application was completed.
   - ROBERT W. RUTLEDGE          ⊛ NURSE/EXAMINER
   - PRATIWI H. RUTLEDGE

3. Did the medical examiner see each proposed insured when the Part B application was completed? ......... ☒ ☐
4. Were all the questions on the Part B application asked by the medical examiner? .............................. ☒ ☐
5. Who answered the questions? __ROBERT W. RUTLEDGE__
6. Were the answers written on the Part B application by the medical examiner exactly as they were given to him/her? ☒ ☐
7. Was the medical examiner given any information whatsoever regarding the past health history of any insured? ...... ☒ ☐

   If so, what information was given to the medical examiner? Please be specific.

   ✳ ASTHMA FOR MANY MANY YEARS SINCE 1988 UNTIL CURRENT
   ✳ FAMILY HISTORY (MOTHER) DEATH AT 61 DUE TO LYPHOMA CANCER

8. Was the Part B application signed in the presence of the medical examiner? ...................................... ☒ ☐
9. Who signed the Part B application? __ROBERT W. RUTLEDGE__

**General Questions**

1. If you have any further comments concerning this policy or claim, please furnish this information.
   _____

2. If you had any assistance in completing this form, please furnish the name and address of the person who assisted you.
   _____

__PRATIWI H. RUTLEDGE__
Name (Please Print)

_____
Signature

__10/28/2021__
Date